# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Amy Hansen<br><br>Plaintiff<br><br>v.<br><br>Nancy Berryhill<br><br>Defendant | Case No. 17 C 4559<br>Judge Jeffrey Cummings |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to 42 USC 405(g), claimant's motion for summary judgment to reverse the final decision of the Commissioner [12] is granted and the Commissioner's motion for summary judgment is denied. This case is remanded to the Social Security Administration for further proceedings in accordance with this Court's opinion.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Jeffrey Cummings         on a motion for summary judgment.

Date: 5/10/2019                                                            Thomas G. Bruton, Clerk of Court

                                                                           R. Franco, Deputy Clerk